# EXHIBIT A

US 172196811v1

Int. Cls.: 3 and 25

Prior U.S. Cls.: 1, 4, 6, 22, 39, 50, 51, and 52

**Reg. No. 2,742,675**

**United States Patent and Trademark Office**    Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER

**BOND NO. 9**

LAURICE & CO. (NEW YORK CORPORATION)
9 BOND STREET
NEW YORK, NY 10012

FOR: FRAGRANCES, NAMELY, PERFUMES, COLOGNES AND ROOM FRAGRANCES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-28-2002; IN COMMERCE 10-28-2002.

FOR: CLOTHING, NAMELY, DRESSES, SKIRTS, PANTS, BLAZERS, SCARVES AND NECKTIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2002; IN COMMERCE 12-31-2002.

SN 75-981,311, FILED 2-28-2001.

PAUL F. GAST, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,073,943
Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## CHINATOWN

LAURICE EL BADRY RAHME LTD. (NEW YORK CORPORATION), DBA LAURICE & CO.,
9 BOND STREET
NEW YORK, NY 10012

FOR: FRAGRANCES FOR PERSONAL USE, NAMELY, PERFUMES, COLOGNES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 5-1-2005; IN COMMERCE 5-1-2005.

SN 76-506,292, FILED 4-14-2003.

INGA ERVIN, EXAMINING ATTORNEY

US 172196811v1

# United States of America
### United States Patent and Trademark Office

# JONES BEACH

| | |
|---|---|
| **Reg. No. 6,236,267** | Laurice El Badry Rahme, Ltd. (NEW YORK CORPORATION), DBA Laurice & Co. |
| **Registered Jan. 05, 2021** | 9 Bond Street |
| **Int. Cl.: 3** | New York, NEW YORK 10012 |
| **Trademark** | CLASS 3: fragrances for personal use, namely, perfumes, colognes |
| **Principal Register** | FIRST USE 5-20-2019; IN COMMERCE 5-20-2019 |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 88-458,875, FILED 06-04-2019 |





Director of the United States
Patent and Trademark Office

US 172196811v1

# United States of America
### United States Patent and Trademark Office

## BOND NO. 9 GREENWICH VILLAGE

**Reg. No. 6,206,246**  
**Registered Nov. 24, 2020**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

Laurice El Badry Rahme, Ltd. (NEW YORK CORPORATION), DBA Laurice & Co.
9 Bond Street
New York, NEW YORK 10012

CLASS 3: fragrances for personal use, namely, perfumes, colognes and lipstick

FIRST USE 3-19-2019; IN COMMERCE 3-19-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-115,839, FILED 09-13-2018

Director of the United States
Patent and Trademark Office



US 172196811v1