UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURICE EL BADRY RAHME LTD. d/b/a LAURICE & CO., <br><br> Plaintiff, <br><br> – against – <br><br> MOBETTER DEALS LLC, MOBETTER ENTERPRISE & INVESTMENTS LLC, XYZ COMPANIES 1–10, and JOHN AND JANE DOES 1–10, <br><br> Defendants. | Civil Action No. 1:22-cv-06095 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew T. Salzmann hereby appears on behalf of Plaintiff Laurice El Badry Rahme Ltd. d/b/a Laurice & Co., certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
       July 18, 2022

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/  Matthew T. Salzmann
      Matthew T. Salzmann
      matthew.salzmann@arnoldporter.com
      250 West 55th Street
      New York, New York 10019
      Phone (212) 836-8000

*Attorneys for Plaintiff*
*Laurice El Badry Rahme Ltd.*
*d/b/a Laurice & Co.*

US 172225411v1